

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00584-CV

Raynelle **MCCATHERN**,
Appellant

v.

**IVY APARTMENTS,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01871
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant attempts to appeal the trial court's judgment awarding possession of real property to appellee Ivy Apartments. The trial court signed the judgment on July 13, 2022. The notice of appeal was due August 12, 2022. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on August 29, 2022. *See* TEX. R. APP. P. 26.3. Appellant filed her notice of appeal on September 8, 2022. Appellant did not file a motion for extension of time to file her notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We therefore ORDER appellant to file, on or before **October 20, 2022**, a response showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this appeal are suspended until further order of the court.

Entered on this 20th day of September, 2022.

Attested to:

MICHAEL A. CRUZ, Clerk of Court